NUMBER
13-10-00696-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

ESTATE OF AGNES W.
MEELER, DECEASED

____________________________________________________________

 

                    On
Appeal from the County Court at Law No. 2

                                       of
Victoria County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








This
appeal was abated by this Court on April 28, 2011, to allow the parties the
opportunity to engage in settlement negotiations.  This cause is now before the
Court on appellant=s motion to dismiss the appeal on
grounds that the parties have reached a settlement agreement.  Appellant
requests that this Court dismiss the appeal.  Accordingly, this case is hereby
REINSTATED.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal without prejudice, is of
the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

 

PER
CURIAM

Delivered and filed the

31st day of August, 2011.